

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00033-CV

_____

CHARLINE LANGFORD, Appellant

V.

SANDRA STONE, Appellee

On Appeal from the 145th District Court
Nacogdoches County, Texas
Trial Court No. C1329651

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal, representing that they have fully and finally resolved any pending issues related to the judgment from which this appeal was filed. Under the authority of Rule 42.1(a) of the Texas Rules of Appellate Procedure and in keeping with the parties' wishes, we grant the motion to dismiss. *See* TEX. R. APP. P. 42.1(a).

We dismiss this appeal.

Scott E. Stevens
Justice

Date Submitted:     July 1, 2019
Date Decided:     July 2, 2019